**FILED**

MAY - 8 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY JEROME WILKES,

　　　　Plaintiff,　　　　　　　No. CIV S-02-0952 FCD DAD P

　　vs.

SACRAMENTO SHERIFF
DEPARTMENT, et al.,

　　　　Defendants.　　　　　　ORDER
_____/

　　　　Plaintiff, a jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff is informed that the certificate portion of the in forma pauperis application form must be completed by plaintiff's institution of incarceration. In addition, the application must be accompanied by a certified copy of plaintiff's jail trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be granted thirty days to file a new in forma pauperis application that meets these requirements.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff shall submit, within thirty days from the date of this order, a new application to proceed in forma pauperis on the form provided by the Clerk of Court with this

1  order. The certificate section of the new form must be completed by jail officials, and a certified
2  copy of plaintiff's jail trust account statement must accompany the new application. Plaintiff is
3  cautioned that failure to comply with this order or seek an extension of time to do so will result
4  in a recommendation that this action be dismissed without prejudice.
5          2. The Clerk of the Court is directed to send plaintiff a new Application to
6  Proceed In Forma Pauperis By a Prisoner in a civil rights action.
7  DATED: May  7 , 2002.

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

DAD:kw:kf
wilk0952.3c

```
              United States District Court
                        for the
               Eastern District of California
                       May 8, 2002
```

\* \* CERTIFICATE OF SERVICE \* \*

2:02-cv-00952

Wilkes

    v.

Sacramento Sheriff

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  May 8, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Jeffrey Jerome Wilkes               PB/DAD
    816777
    SCJ-SAC
    Sacramento County Jail
    651 I Street
    Sacramento, CA  95814
    (w/IFP application)

Jack L. Wagner, Clerk

BY: _____
        Deputy Clerk